IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| Brittany Bowman, | ) |
| | ) Case No. 1:21-cv-01288-PAG |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| | ) |
| Weltman, Weinberg & Reis Co., LPA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant. Plaintiff and Defendant are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendant will be finalized within the next sixty (60) days. Due to the settlement, the parties request that any upcoming conferences and other deadlines be vacated.

Dated: September 10, 2021

                                                Respectfully submitted,

                                                */s/ James D. Miller*
                                                James D. Miller, Esq.
                                                PO Box 233
                                                Jackson Center, OH 45334

                                                Mailing Address:
                                                McCarthy Law, PLC
                                                4250 North Drinkwater Blvd, Suite 320
                                                Scottsdale, AZ 85251
                                                Telephone: (602) 456-8900
                                                Fax: (602) 218-4447
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

                                                 */s/ James D. Miller*
                                                 James D. Miller, Esq.