IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| Brittany Bowman, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Weltman, Weinberg & Reis Co., LPA, )<br>)<br>Defendant. )<br>) | Case No. 1:21-cv-01288-PAG<br><br>**JOINT STIPULATION TO DISMISS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby jointly stipulate that Defendant may be dismissed with prejudice, with each of the parties to bear their own fees and costs.

So Ordered.
/s/ Patricia A. Gaughan
10/26/21

Dated: October 25, 2021.

| | |
|---|---|
| */s/ James D. Miller*<br>James D. Miller, Esq.<br>PO Box 233<br>Jackson Center, OH  45334<br><br>Mailing Address:<br>McCarthy Law, PLC<br>4250 North Drinkwater Blvd, Suite 320<br>Scottsdale, AZ  85251<br>Telephone: (602) 456-8900<br>Fax: (602) 218-4447<br>Attorney for Plaintiff | */s/ Danielle Pecenka Cullen*<br>Danielle Pecenka Cullen<br>Ohio Bar No. 00069659<br>dpecenkacullen@weltman.com<br>Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44113<br>(216) 635-5870<br>Attorney for Defendant |

1